IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

COREY REDDING,

      Petitioner,

v.                                     CASE NO. 5:09-cv-165-MCR/GRJ

C. ELECHENLAUB, WARDEN,

      Respondent.

_____/

## REPORT AND RECOMMENDATION

      This case is before the Court on Doc. 18, Respondent's motion to dismiss

Petitioner's 28 U.S.C § 2241 petition as moot.  The petition challenges the Bureau of

Prison's determination that Petitioner was not eligible for early release under the BOP's

residential substance abuse treatment program.  The BOP determined that Petitioner

was not eligible under BOP policies because Petitioner's offense of conviction involved

possession of a firearm.  *See* Doc. 11.

      In the instant motion, Respondent states that Petitioner was released from BOP

custody in February 2011, and therefore his claim for habeas corpus relief is moot.  As

of this date, Petitioner has neither responded to the motion to dismiss nor provided the

Court with his current address.

      Accordingly, it is respectfully **RECOMMENDED** that the motion to dismiss, Doc.

18, be **GRANTED** and that this case be **DISMISSED as moot**.

 **IN CHAMBERS**, at Gainesville, Florida, this 18th day of April 2011.

*s/Gary R. Jones*

GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

 **A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**