IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**COREY REDDING,**

    Petitioner,

v.                           Case No.: 5:09cv165/MCR/GRJ

**C. ELECHENLAUB, WARDEN,**

    Respondent.

_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 18, 2011 (doc. 19). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Defendant's motion to dismiss (doc. 18) is **GRANTED** and this matter is **DISMISSED** as moot.

3. The clerk of court is directed to close the file.

**DONE AND ORDERED** this 18th day of May, 2011.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**

Case No: 5:09cv165/MCR/GRJ